470 A.2d 1046

Rhodes, et al. v. Travelers Insurance Co., Appellant.

Submitted October 14, 1983. Paul T. Grater, for appellant; Frank C. Lewis, for appellees.

Before CAVANAUGH, McEWEN and BECK, JJ.

Affirmed in part, reversed in part and remanded. Jurisdiction is relinquished.